942-15
943-15

# ELECTRONIC RECORD

COA # 10-14-00202-CR

OFFENSE: Sexual Abuse of a Child

STYLE: David Blaine McKinley v. The State of Texas

COUNTY: Ellis

TRIAL COURT: 40th District Court

TRIAL COURT #: 37611CR

TRIAL COURT JUDGE: Hon. Bob Carroll

DISPOSITION: AFFIRMED

MOTION
FOR REHEARING IS:
DATE:
JUDGE:

DATE: July 2, 2015

JUSTICE: Justice Davis          PC _____ S  YES

PUBLISH: _____             DNP:  YES

CLK RECORD: 8/5/2014          SUPP CLK RECORD: 2/25/2015
RPT RECORD: 9/25/2014         SUPP RPT RECORD:
STATE BR: 3/2/2015            SUPP BR:
APP BR: 12/30/2014            PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS    942-15
                                      943-15

ELECTRONIC RECORD                 CCA # _____ 943-15

----------------------

PRO SE _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED,

DATE: 11/04/2015

JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____     PC: _____
PUBLISH: _____    DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____